UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
STRESSCRETE, ET AL.                           Docket Number: 11 CV 2066 (JGK)

      -against-                              NOTICE OF ASSIGNMENT

BALDEV DUGGAL, ET AL.
-------------------------------------------------------

The above-entitled action is:

[ ] Declined by Hon.
    As  [ ]Related/ [ ] Similar to case #:

[ ] Assigned to the Hon.
    [ ] Designated / [ ] Redesignated Hon.                    ,Magistrate Judge

[ X ] Accepted by Hon. JOHN G. KOELTL (JGK) as [ X ] Related/ [ ] Similar to case
                  #:   10 CV 9391
    [ X ] Designated  [ ] Redesignated Hon. RONALD L. ELLIS,
Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                 Ruby J. Krajick
                                                 Clerk of Court

Dated: 03/31/2011                                      By:     PHYLLIS ADAMIK
                                                              Deputy Clerk