# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Robert Greenfeld**
Direct Tel +1 212 506 2624
Direct Fax +1 212 849 5624
rgreenfeld@mayerbrown.com

**VIA FACSIMILE: (212) 805-7912**

April 5, 2011

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-6-11

The Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Duggal Visual Solutions, Inc. et al. v. Gus Power, Inc. et al.*, No. 10 Civ 9391

*Lumi.Solair LLC v. King Luminaire Co. et al.*, No. 10 Civ 9192

*StressCrete Ltd. et al. v. Duggal et al.*, No. 11 Civ 2066

Dear Judge Koeltl:

We represent Defendants in 10 Civ 9391, Plaintiff and counterclaim Defendants in 10 Civ 9192, and Plaintiffs in 11 Civ 2066. We write on behalf of all parties responding to your Order dated March 28, 2011 (Dkt. No. 22 in 10-cv-9192), which asked the parties to advise the Court by April 5, 2011, as to the status of each of these cases.

As you recall, Defendants in 10 Civ 9391 and Plaintiff and counterclaim Defendants in 10 Civ 9192 filed an unopposed motion on March 25, 2011 pursuant to 28 U.S.C. § 1659 and the Court's discretionary power for a stay of those actions until the related investigation before the United States International Trade Commission ("ITC") is concluded. During the status conference on March 28, 2011, the parties informed the Court that the new case, 11 Civ 2066, could also be subject to the motion to stay, because it involved overlapping issues. The Court asked the parties why, instead of staying the three cases, it should not dismiss them without prejudice until the ITC investigation concludes.

The parties have conferred and have agreed that the Court may dismiss without prejudice the three above-reference actions, subject to the terms of a tolling agreement being negotiated and to be finalized this week, and so long as the dismissal is not charged against any of the parties as a voluntary dismissal under Fed. R. Civ. P. 41. The actions may then be refiled at the appropriate time.

*[Handwritten annotation:]* Each of these actions is dismissed without prejudice & renewal 30 days after the final conclusion of the pending ITC investigation. Each of these dismissals without prejudice is conditioned on the tolling agreement being negotiated by the parties. The Clerk is directed to close each of these cases. So ordered. /s/ John G. Koeltl U.S.D.J. 4/5/11

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia) and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

**Mayer Brown** LLP

The Hon. John G. Koeltl
April 5, 2011
Page 2

Respectfully submitted,

*[signature]*

Robert Greenfeld
Michael J. Word
Gary M. Hnath


cc:   L. Donald Prutzman , Jr.
      Carl LeSueur
      Amy S. Beard
      Counsel for Plaintiffs (via Fax (212) 371-1084)
      Tannenbaum Helpern Syracuse & Hirschtritt LLP

700052394