# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Robert Greenfeld**
Direct Tel +1 212 506 2624
Direct Fax +1 212 849 5624
rgreenfeld@mayerbrown.com

**VIA FACSIMILE: (212) 805-7912**

April 12, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2011
```

The Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Duggal Visual Solutions, Inc. et al. v. Gus Power, Inc. et al.*, No. 10 Civ 9391

*Lumi.Solair LLC v. King Luminaire Co. et al.*, No. 10 Civ 9192

*StressCrete Ltd. et al. v. Duggal et al.*, No. 11 Civ 2066

*[Handwritten: This letter should be filed. So ordered. JGKoeltl 4/14/11 USDJ]*

## NOTICE OF NEGOTIATED TOLLING AGREEMENT

Dear Judge Koeltl:

We represent Defendants in 10 Civ 9391, Plaintiff and counterclaim Defendants in 10 Civ 9192, and Plaintiffs in 11 Civ 2066.

We write on behalf of all parties to apprise the Court that the parties have negotiated and executed a tolling agreement as contemplated in our letter to the Court of April 5, 2011 and in the Court's endorsement thereto. (See Dkt. No. 27 in 10 Civ 9391; Dkt. No. 23 in 10 Civ 9192; Dkt. No. 12 in 11 Civ 2066.)

Respectfully submitted,

*[signature]*
Robert Greenfeld

cc: L. Donald Prutzman, Jr.
Carl LeSueur
Amy S. Beard
Counsel for Plaintiffs (via Fax (212) 371-1084)
Tannenbaum Helpern Syracuse & Hirschtritt LLP

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia) and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.